**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION No. 1:05-CV-1462-BBM |
| ASSURANT, INC., FORTIS INSURANCE COMPANY, and JOHN ALDEN LIFE INSURANCE COMPANY, ) ) ) ) ) | |
| Defendants. ) _____) | |

**CONSENT ORDER EXTENDING TIME TO RESPOND TO
DEFENDANTS' MOTION FOR GUIDANCE**

Defendants filed their Motion for Guidance Regarding the Court's January 11, 2006 Order Granting in Part and Denying in Part Aflac's Motion for Preliminary Injunction on January 13, 2006. Aflac's response is presently due January 30, 2006. The parties are discussing a potential resolution of this motion without Court intervention. Therefore, the parties stipulate and agree that Aflac may have an additional four days to file its response.

Accordingly, it is hereby **ORDERED and ADJUDGED:**

1

Aflac shall have through and including February 3, 2006, to file its response to Defendants' motion for guidance.

This 2nd day of February, 2006.

        s/Beverly B. Martin
        Beverly B. Martin
        United States District Judge

Stipulated and Agreed, this 30th day of January, 2006.

| /s/ Ryan T. Pumpian | /s/ Christopher P. Bussert |
|---|---|
| John W. Harbin | Joseph M. Beck |
| Georgia Bar No. 324130 | Georgia Bar No. 046000 |
| Ryan T. Pumpian | Stephen M. Schaetzel |
| Georgia Bar No. 589822 | Georgia Bar No. 628653 |
| Damon J. Whitaker | Christopher P. Bussert |
| Georgia Bar No. 752722 | Georgia Bar No. 099085 |
| Sanjay Ghosh | |
| Georgia Bar No. 141611 | KILPATRICK STOCKTON, LLP |
| | 1100 Peachtree Street, Suite 2800 |
| POWELL GOLDSTEIN LLP | Atlanta, Georgia 30309 |
| One Atlantic Center, 14th Floor | (404) 815-6500   phone |
| Atlanta, Georgia 30309 | (404) 815-6555   facsimile |
| (404) 572-6600   phone | |
| (404) 572-6999   facsimile | Counsel for Defendants Assurant, Inc., Fortis Insurance Company, and John Alden Life Insurance Company |
| Counsel for Plaintiff American Family Life Assurance Company of Columbus | |

::ODMA\PCDOCS\ATL\982063\1

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 30, 2006, a copy of the foregoing **Consent Order Extending Time To Respond To Defendants' Motion For Guidance** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>KILPATRICK STOCKTON LLP
>Joseph M. Beck
>JBeck@KilpatrickStockton.com
>Christopher P. Bussert
>CBussert@KilpatrickStockton.com
>Christopher J. Kellner
>CKellner@KilpatrickStockton.com
>Stephen M. Schaetzel
>SSchaetzel@KilpatrickStockton.com

>**/s/ Ryan T. Pumpian**
>John W. Harbin
>Georgia Bar No. 324130
>Ryan T. Pumpian
>Georgia Bar No. 589822
>Damon J. Whitaker
>Georgia Bar No. 752722
>Sanjay Ghosh
>Georgia Bar No. 141611

**POWELL GOLDSTEIN LLP**
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3488
Tel:   (404) 572-6600
Fax:   (404) 572-6999

>Attorneys for Plaintiff American Family Life Assurance Company of Columbus